IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SIMARON D. HILL,           )
                           )
          Petitioner,      )
                           )
     v.                    )     1:23-cv-804
                           )
EDDIE BUFFALO,             )
                           )
          Respondent.      )

## ORDER

On October 4, 2023, the United States Magistrate Judge's Recommendation and Order ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation is **ADOPTED. IT IS FURTHER ORDERED** that the Petition, (Doc. 1), is **DISMISSED** for failure to receive an order from the United States Court of Appeals for the Fourth Circuit authorizing this district court to consider the current Petition as is required by 28 U.S.C. § 2244. The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable

procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of December, 2023.

　　　　　　　　　　　　　　　　/s/ William L. Osteen, Jr.
　　　　　　　　　　　　　　　　United States District Judge

-2-

Case 1:23-cv-00804-WO-JLW   Document 4   Filed 12/22/23   Page 2 of 2